IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE JAMES OVERTON,<br><br>Defendant. | **4:19CR3081**<br><br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

The defendant appeared before the Court on June 3, 2026 regarding Amended Petition for Offender Under Supervision [90]. Jessica Milburn represented the defendant. Sara Fullerton represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before Senior U.S. District Judge John M. Gerrard in Courtroom No. 3, Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, at 11:00 a.m. on July 7, 2026.

The government did not move for detention. The defendant shall be released after processing to Terina Oldfield on the current terms and conditions of supervision with the additional condition, delineated below: The defendant shall be placed on a Remote Alcohol Monitoring handheld device until completion of IOP and/or installation of an Ignition Interlock Device on his vehicle. Remote Alcohol Monitoring handheld device shall commence according to a schedule arranged by the U.S. Probation and Pretrial Services Office. While in the program, the defendant will carry a portable breath testing device and provide breath tests when prompted, via text, by the device. The defendant agrees to keep the equipment fully charged. The participant shall also be responsible for the costs of the testing program.

2

**IT IS SO ORDERED**.

Dated this 3rd day of June, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge